# EXHIBIT B

---------- Forwarded message ----------
**Subject:** Notice: Policy Warning
**Date:** Mon, 5 Apr 2021 08:06:43 +0000
**From:** Amazon <no-replies-appeals@amazon.com>
**Reply-To:** Amazon <no-replies-appeals@amazon.com>
**To:** service@vastvantages.com

Hello,

We are contacting you because we received a report from a rights owner that your listings infringe their patent rights.

Why did this happen?
One or more of your listings may be infringing the intellectual property rights of others.

We're here to help.
If you need help better understanding what is causing this, please search for "Intellectual Property Violations" in Seller Central Help (https://sellercentral.amazon.com/gp/help/external/201361070).

Please work directly with the rights owner to resolve this dispute. We encourage you to resolve this dispute promptly. We have provided the rights owner's contact information below:

-- Bishal Bhandari
-- bishal_bhandari@hotmail.com
-- Patent number: US 10,919,061 B2

ASIN:B08MH7C9S7,B07XQBXB75,B08ZMJF13B,B08FXPF9YN,B08MJ6V6TD,B0835B6C8W,B08Z353FKZ,B08NXX73PN,B08MH9JFPP,B08359HJ5G,B084H6HKFC,B082G4RTJG,B0827H1W16,B08QHP327G,B08Z4C2YBX,B08SBNNB8C,B08FXQTTFF,B084H69SY6,B08ZHJXLD7,B0822BPHF6,B084H6BD7C,B08FXQDL48,B08ZMR6PZK,B07XSJ7SWW,B08YK82ZVW,B084H68TC5,B08QHNJPXY
Complaint ID: 8161931281

You can view your account performance (https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn) or select Account Health on the home screen of the Amazon Seller app on your iOS or Android device. The Account Health dashboard shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-- iOS: https://itunes.apple.com/us/app/amazon-Seller/id794141485
-- Android: https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en

Sincerely,
Sincerely, Seller Performance Team Amazon.com https://www.amazon.com