# EXHIBIT C

-------- Forwarded Message --------
**Subject:**Patented Product
   **Date:**Thu, 27 May 2021 18:31:14 +0000
   **From:**Bishal Bhandari <bishal_bhandari@hotmail.com>
      **To:**service@vastvantages.com <service@vastvantages.com>


Hey, you are selling a patented product. I have tried many times to warn you to remove your listing from Amazon. This is your last chance. If you don't take them down, I will be filing a lawsuit against you in the state of Massachusetts.

Best Regards,
Bishal

-------- Forwarded Message --------
**Subject:**GOBOUT Patent Infringement
  **Date:**Sat, 20 Mar 2021 03:39:28 +0000
  **From:**Bishal Bhandari <bishal_bhandari@hotmail.com>
     **To:**service@vastvantages.com <service@vastvantages.com>

Hi,

My name is Bishal Bhandari. You are selling a product for which I own the patent. I filed the complaint with Amazon. Most sellers have already removed their listing. I have not heard from you yet.

If I do not hear from you by Monday, I will have to escalate the complaint against you.

My patent information is:

Patent no.: US 10,919,061 B2
Date of Patent: Feb. 16, 2021
Name of Inventor: Bishal Bhandari

Best Regards,
Bishal Bhandari