**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| VAST VANTAGES, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 21-4896 PA (MRWx) |
| BISHAL BHANDARI, | ☐ NOTICE   ☒ NOTICE AND ORDER REGARDING TRANSFER AND/OR REASSIGNMENT OF PATENT CASE |
| DEFENDANT(S). | |

IT IS HEREBY ORDERED, pursuant to General Order 19-10, that:

☒ this case be transferred to the Patent Pilot Program and reassigned as necessary to participating judges.

☐ all discovery matters that are or may be referred to a magistrate judge be reassigned to a Program Magistrate Judge.

June 17, 2021
Date

_United States District Judge / Magistrate Judge_

**NOTICE TO COUNSEL FROM CLERK**

As ordered above, or as directed by General Order 19-10 without need of further order, this case has been reassigned as follows:

☒ from Judge  Percy Anderson
  to Judge  Mark C. Scarsi , for all further proceedings.

☐ from Magistrate Judge _____
  to Magistrate Judge _____ , for any discovery matters that are or may be referred to a magistrate judge.

On all documents subsequently filed in this case, please substitute the initials  MCS  after the case number, so that the case number will now read :

**2:21-cv-04896 MCS(MRWx)**

This is very important because documents are routed to the assigned judges by means of these initials.

cc: ☐ *Previous Judge(s)*