**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAST VANTAGES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BISHAL BHANDARI, an individual,<br><br>Defendant. | Case No. 2:21-cv-04896-MCS-MRW<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion to Dismiss for Lack of Personal Jurisdiction, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Vast Vantages, LLC's Complaint against Defendant Bishal Bhandari is dismissed without leave to amend. The case is dismissed without prejudice for lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: November 15, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1